IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 05-07198 ESL |
| KELMY RIVERA GHIGLIOTTY | |
| DEBTOR | CHAPTER 13 |

**NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COMES NOW, **KELMY RIVERA GHIGLIOTTY** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. Debtor is hereby submitting an amended Plan dated March 20, 2007, herewith and attached to this motion.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Kelmy Rivera Ghigliotty; and to all creditors and parties, in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 20th day of March, 2007.

/s/ ***Roberto Figueroa Carrasquillo***
ROBERTO FIGUEROA-CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR  00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
Email: rfigueroa@prtc.net

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                   Case No. **05-07198 ESL**

**RIVERA GHIGLIOTTY, KELMY**                  Chapter **13**
                     Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **3/20/2007**
☐ PRE ☐ POST-CONFIRMATION            Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **300.00** x **36** = $ **10,800.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **10,800.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **10,800.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,430.00**

Signed: **/s/ KELMY RIVERA GHIGLIOTTY**
         Debtor

         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
    **BANCO BILBAO VIZ(**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**DEBTOR(S) WILL CONTINUE MAKING DIRECT PAYMENTS OF CHILD SUPPORT.**

Attorney for Debtor **/S/ R. FIGUEROA CARRASQUILLO ATTORNEY AT LAW**    Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

RIVERA GHIGLIOTTY, KELMY
PO Box 8745
Caguas, PR 00726-8745


/S/R. FIGUEROA CARRASQUILLO
ATTORNEY AT LAW
PO BOX 186
CAGUAS, PR 00726-0186


BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR 00936-4745


INTERNAL REVENUE SERVICES
2 AVE PONCE DE LEON
MERCANTIL PLAZA BLDG RM 914
SAN JUAN, PR 00918-1621


JOSE R CARRION MORALES ESQ
CHAPTER 13 TRUSTEE
PO BOX 9023884
SAN JUAN, PR 00902-3884


Mil Star
3911 S Walton Walker Blvd
Dallas, TX 75236-1509


PR DEPARTMENT OF TREASURE
OFFICE 424-B
PO BOX 9024140
SAN JUAN, PR 00902-4140


Vapr Cr Unio
Anexo Va Hospital
San Juan, PR 00933